# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

```
REGINA LAURA TATE,              )     No. CV 11-3213-CW
                                )
          Plaintiff,            )     JUDGMENT
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Adminstration,                  )
                                )
          Defendant.            )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: April 11, 2012

_____
CARLA M. WOEHRLE
United States Magistrate Judge